## Rock-Towne Development Corp. *v.* Forney et ux., Appellants.

Argued March 24, 1975. *K. L. Shirk, Jr.*, with him *Thomas L. Goodman,* and *Shirk, Reist & Buckwalter,* for appellants; *Lawrence E. Stengel,* with him *Rengier, Musser & Stengel,* for appellee.

Judgment affirmed.

## Salzberg, Appellant, *v.* Gibbs.

Argued March 24, 1975. *Fred J. Silverman,* with him *Harry G. Mahoney,* for appellant; *William B. Koch,* for appellee.

Judgment affirmed.

## Sanford *v.* Sanford, Appellant.

opinion by STERN, J. Argued March 21, 1975. *Jana-Lyn Weisman,* for appellant; *Michael J. Pepe, Jr.,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly entered a decree in divorce in this case.